UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR PENA, | ) | No. CV 09-976 DOC (FFM) |
|         Petitioner, | ) ) ) | JUDGMENT |
|    v. | ) ) | |
| M. McDONALD, Warden, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 22, 2012

                                    /s/ David O. Carter
                              DAVID O. CARTER
                            United States District Judge